Charles E. Loy, Appellee, v. Otto H. Knaak, Appellant.

Gen. No. 41,586.

opinion filed April 14, 1941. Christopher E. Jones, for appellant; Markman, Donovan & Sullivan, for appellees; John P. Sullivan, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''